THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Betran Waring, Appellant.
 
 
 

Appeal From Georgetown County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-455
Submitted October 1, 2007  Filed October
 10, 2007    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Betran Waring, pled guilty to
 First Degree Burglary.  The trial judge sentenced him to fifteen years
 imprisonment.  Warings
 counsel attached to the brief a petition to be relieved as counsel, stating
 that she had reviewed the record and concluded this appeal lacks merit.  Waring did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.